**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMMAR WASFI MUHTADI,<br>Plaintiff/Petitioner,<br>v.<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*,<br>Defendants/Respondents. | Case No. 5:26-cv-00482-DTB<br>**[~~PROPOSED~~] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On August 19, 2026, the Parties filed a stipulation to dismiss the case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation"). Dkt. 21.

The Court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and DISMISSES the action without prejudice.

**IT IS SO ORDERED.**

Dated: August 20, 2026

David T. Bristow
United States District Judge